# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App., §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PÉREZ-GIMÉNEZ, JUAN M. | U.S.D.C. PUERTO RICO | APRIL 14, 2004 (Amended: 8/5/04) |

| 4. Title(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. DISTRICT JUDGE - ACTIVE | 5. ReportType (check appropriate type) <br><br> ___ Nomination, Date _____ <br><br> ___ Initial __X__ Annual ___ Final | 6. Reporting Period <br><br> 1/1/03 to 12/21/03 |
|---|---|---|
| 7. Chambers or Office Address <br><br> FEDERAL BUILDING, ROOM CH-125 <br> 150 CARLOS CHARDÓN AVENUE <br> SAN JUAN, PR 00918-1765 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

POSITION

NAME OF ORGANIZATION/ENTITY

| X | NONE (No reportable positions.) |
|---|---|

1

2

3

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

DATE

PARTIES AND TERMS

| X | NONE (No reportable agreements.) |
|---|---|

1

2

3

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

DATE          SOURCE AND TYPE

GROSS INCOME
(yours, not spouse's)

| X | NONE (No reportable non-investment income.) |
|---|---|

1      $

2      $

3      $

4      $

5      $

RECEIVED AUG 2 10 59 AM '04 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|   | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
|   | NONE (No such reportable gifts.) | | |
| 1 | CAPARRA COUNTRY CLUB | HONORARY MEMBERSHIP (ANNUAL DUES) | $ 1,080.00 |
| 2 | BANKER'S CLUB | HONORARY MEMBERSHIP (ANNUAL DUES) | $ 750.00 |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PÉREZ-GIMÉNEZ, JUAN M. | APRIL 14, 2004 (Amended: 8/5/04) |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 INVERSIONES MISIJOS, INC. (Common Stock) | E | Div | O | U* | | | | | |
| 2 IRA-Oriental Federal Saving Bank (Cash Equivalent ) | C | Interest | L | T | Buy | 4/1 | J | | |
| 3 IRA-Oriental Federal Savings Bank (Cash Equivalent) | B | Interest | K | T | Buy | 4/1 | J | | |
| 4 PR PUBLIC FIN CORP (7%) | A | Interest | K | T | Partial Sales | 4/23 | J | | |
| 5 PR PUBLIC FIN CORP (7%) | A | Interest | K | T | Partial Sales | 7/22 | J | | |
| 6 UBS MONEY MARKET FUND* | A | Dividend | J | T ‾ | | | | | |
| 7 P.R. HOME MTG. 6.30% | B | Interest | K | T | | | | | |
| 8 P.R. HOME MTG. 6.10% | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PÉREZ-GIMÉNEZ, JUAN M. | APRIL 14, 2004<br>(Amended: 8/5/04 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

PART VII, PAGE 1, LINE 1, COLUMN C (2) :

THE COMMON STOCKS OF INVERSIONES MISIJOS, INC., ARE NOT PUBLICLY TRADED SINCE THIS IS A ████

CORPORATION OWNED BY ████████ MYSELF. AS SUCH, I WILL CONTINUE TO USE THE VALUE METHOD CODE U.

PART VII, PAGE 1, LINE 5 :

THESE OCCURRED DURING THE YEAR 2003 A NAME CHANGE FROM PAINE WEBBER TO UBS FINANCIAL SERVICES, NC., BUT THE INVESTMENT REMAINS THE SAME.

# X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is ccurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable tatutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are 1 compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

ignatur ████████████          Date _August 5, 2004_

IOTE: ████████LY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE UBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

## FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

AO-10 (WP)
Rev. 1/2004

| 1. Person Reporting (Last name, first, middle initial) PÉREZ-GIMÉNEZ, JUAN M. | 2. Court or Organization U.S.D.C. PUERTO RICO | 3. Date of Report APRIL 14, 2004 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ___ Final | 6. Reporting Period 1/01/03 to 12/31/03 |
|---|---|---|

| 7. Chambers or Office Address FEDERAL BUILDING, ROOM CH-125 150 CARLOS CHARDON AVENUE SAN JUAN, PR 00918-1765 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION      NAME OF ORGANIZATION/ENTITY

[X] NONE (No reportable positions.)

1
2
3

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

DATE      PARTIES AND TERMS

[X] NONE (No reportable agreements.)

1
2

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

DATE      SOURCE AND TYPE      GROSS INCOME

### A. Filer's Non-Investment Income

[X] NONE (No reportable non-investment income.)

1    $
2    $
3    $

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[X] NONE (No reportable non-investment income.)

1
2

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | **NONE** (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | **NONE** (No such reportable gifts.) | | |
| 1 | CAPARRA COUNTRY CLUB | HONORARY MEMBERSHIP (ANNUAL DUES) | $ 1,080.00 |
| 2 | BANKER'S CLUB | HONORARY MEMBERSHIP (ANNUAL DUES) | $ 780.00 |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | | B Income | | C Value | | D Transactions | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Amount<br>(A-H) | Type | Value<br>Code<br>(J-P) | Method<br>(Q-W) | Type | Month<br>Day | Value<br>Code<br>(J-P) | Gain<br>Code<br>(A-H) | Identity |
| | NONE (No reportable income, assets, | | | | | | | | | |
| 1 | Inversiones Misijos Inc., (Common Stock) | E | Dividend | O | U* | | | | | |
| 2 | IRA -Oriental Federal Savings Bank (Cash Equivalent | C | Interest | L | T | Buy | 4/1 | J | | |
| 3 | IRA -Oriental Federal Savings Bank (Cash Equivalent | B | Interest | K | T | Buy | 4/1 | J | | |
| 4 | PR PUBLIC FIN CORP. (7%) | | | | | Partial Sales | 4/23, 7/22 | J | | |
| 5 | UBS MONEY MARKET FUND* | A | Dividend | J | T | | | | | |
| 6 | P.R. HOME MTG. 6.30% | B | Interest | K | T | | | | | |
| 7 | P.R. INVEST. FUND 6.10% | A | Interest | K | T | | | | | |

Income Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash Market
(See Col. C2) U=Book Value V=Other W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>PÉREZ-GIMÉNEZ, JUAN M. | Date of Report<br>APRIL 14, 2004 |
| --- | --- | --- |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

PART VII, PAGE 1, LINE 1, COLUMN C (2) :

THE COMMON STOCKS OF INVERSIONES MISIJOS, INC., ARE NOT PUBLICLY TRADED SINCE THIS IS A

CORPORATION OWNED BY MY  AND MYSELF. AS SUCH, I WILL CONTINUE TO USE THE VALUE METHOD CODE U.

PART VII, PAGE 1, LINE 5 :

THERE OCCURRED DURING THE YEAR 2003 A NAME CHANGE FROM PAINEWEBBER TO UBS FINANCIAL SERVICES, INC., BUT THE INVESTMENT REMAINS THE SAME.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _April 14, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544